**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| **BRANDON HAYS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **CASE NO.: 3:17-cv-325-DPM** |
| **v.** | ) | |
| | ) | |
| **BLACKPOWDER PRODUCTS, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

***COME NOW***, Plaintiff Brandon Hays and Defendant Blackpowder Products, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this matter with prejudice, without costs.

Respectfully submitted, this 7th day of July, 2020.

/s/ *James R. Baxter*
RAY BAXTER, # 78012
JAMES R. BAXTER, #2017191
THE BAXTER FIRM, PLLC
3115 Alcoa Road
Benton, AR 72015
Telephone: (501) 315-2971
E-mail: raybaxter@gmail.com
E-mail: jrybaxter@gmail.com

*Attorneys for Plaintiff Brandon Hays*

/s/ *Joseph P. McKay*
WILLIAM M. GRIFFIN III, #82069
JOSEPH P. MCKAY, #99006
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 370-1515
E-mail: Griffin@fridayfirm.com
E-mail: jmckay@fridayfirm.com

-and-

*/s/ James E. Singer*______________________

JAMES E. SINGER, Ga. Bar No. 649028
(Admitted *Pro Hac Vice*)
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338
Telephone: (770) 391-9100
E-mail: Jes@boviskyle.com

*Attorneys for Blackpowder Products, Inc.*

# CERTIFICATE OF SERVICE

I, James R. Baxter, certify that on July 7th, 2020, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

WILLIAM M. GRIFFIN III, #82069
JOSEPH P. McKAY, # 99006
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1515
E-mail: Griffin@fridayfirm.com
jmckay@fridayfirm.com

-and-

JAMES E. SINGER (Ga. Bar No. 649028
(Admitted *Pro Hac Vice*)
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338
E-mail: jes@boviskyle.com

*Attorneys for Defendant Blackpowder Products, Inc.*

/s/ *James R. Baxter*
JAMES R. BAXTER