IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRANDON HAYS                                                                PLAINTIFF

v.                              No. 3:17-cv-325-DPM

CONNECTICUT VALLEY ARMS, INC.;
JOHN DOES 1–2; and BLACKPOWDER
PRODUCTS, INC.                                                            DEFENDANTS

## JUDGMENT

Hays's claims against Connecticut Valley Arms and Does are dismissed without prejudice. His claims against Blackpowder Products are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 July 2020